# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DANE T. AMBLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-2185-RDR |
| ) | |
| CORMEDIA, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter comes before the court upon Kristie Remster Orme's Motion to Withdraw as Counsel for Defendants Cormedia, LLC and Isaac Cornetti (ECF No. 4). The court finds that Ms. Orme has substantially complied with the requirements of D. Kan. Rule 83.5.5(a), which governs the withdrawal of an attorney whose client will be left without counsel. Therefore, the court grants Ms. Orme's motion.

The court will mail a copy of this order to Cormedia, LLC and Isaac Cornetti at the addresses listed in Ms. Orme's motion. These parties are reminded that while individual defendants may represent themselves *pro se*, Cormedia must be represented by counsel licensed to appear before this court. "[A]s a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing *pro se*."[1]

Accordingly,

**IT IS THEREFORE ORDERED** that Kristie Remster Orme's Motion to Withdraw as Counsel for Defendants Cormedia, LLC and Isaac Cornetti (ECF No. 4) is granted.

**IT IS SO ORDERED.**

Dated this 28th day of May, 2013, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge

---

[1] *Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001).